

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Guardianship of Sheila McConnell Workman, an incapacitated person,

\* From the 90th District Court
   of Stephens County,
   Trial Court No. CV33058.

No. 11-22-00321-CV

\* June 15, 2023

\* Opinion by Trotter, J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's order to the extent the trial court denied Mike Reilly's motion to dismiss with respect to Texas Ranch Farm & Minerals, LLC's cause of action for civil conspiracy, and we remand that claim to the trial court for a determination of Mike Reilly's claims for attorneys' fees and sanctions. In all other respects, the order of the trial court is affirmed. The costs incurred by reason of this appeal are taxed against the party incurring same.